UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOIL FRIENDS LLC, a Michigan limited liability company, BENJAMIN MARTIN, an individual, and SARAH MARTIN, an individual,

          Plaintiffs,

v.

COMSTOCK CHARTER TOWNSHIP, a Michigan municipal corporation, KALAMAZOO AREA BUILDING AUTHORITY, a Michigan municipal corporation or agent of Comstock Township, JODI STEFFORIA, RANDY THOMPSON, SCOTT HESS, MATTHEW MILLER, JENNIFER JONES-NETWON, RON SPORTEL, ALLAN FAUST, JEFF AMPEY, LARRY NICHOLS, PATRICK HANNA, CLYDE SHERWOOD III, ROXANNE SEEBER, and CATHERINE KAUFMAN, individuals,

          Defendants.

Honorable:

Case No:1:23-cv-1267

**COMPLAINT INDEX OF EXHIBITS**

---

KUSTRA & BLOOM PLC
Steven J. Kustra (P79002)
Jeffrey M. Bloom (72343)
Attorneys for Plaintiffs
21002 Mack Avenue
Grosse Pointe Woods, MI 48236
(313) 586-4444
skustra@kustrabloom.com
jbloom@kustrabloom.com

## COMPLAINT INDEX OF EXHIBITS

Exhibit 1:     Soil Friends Michigan Liquor Control Commission License

Exhibit 2:     Soil Friends MDARD Retail Food Establishment License

Exhibit 3:     Comstock Township Approval of Soil Friends MLCC License

Exhibit 4:     Comstock Township Memo Approving Soil Friends MLCC License

Exhibit 5:     Email Thread from April 1, 2022

Exhibit 6:     Affidavit of Benjamin Martin

Exhibit 7:     Mike Alwine E-Mail to Soil Friends September 20, 2022

Exhibit 8:     Comstock Ordinance Ticket Issued October 19, 2022

Exhibit 9:     Soil Friends Facebook Post Dated October 20, 2022

Exhibit 10:    Comstock Township Planning Committee Meeting Minutes October 27, 2022

Exhibit 11:    Magistrate Judge Schaberg's Order Requiring Compliance with Ordinance Dated November 18, 2022

Exhibit 12:    Soil Friends Facebook Post Dated November 30, 2022

Exhibit 13:    Comstock Township Statement "FOR IMMEDIATE RELEASE: Comstock Charter Township's statement on Soil Friends Hard Cider Company" Dated December 2, 2022

Exhibit 14:    Letter to Soil Friends, Ben Martin, Sarah Martin on Behalf of Comstock Township Dated December 7, 2022

Exhibit 15:    Ben Martin Facebook Post Dated December 7, 2022

Exhibit 16:    Soil Friends Complaint for Superintending Control filed January 18, 2023

Exhibit 17:    Stipulated Amended Order Requiring Compliance with Ordinance dated February 21, 2023

Exhibit 18:    Email to Soil Friends from Jodi Stefforia on Behalf of Comstock Township

Exhibit 19: Comstock Township Planning Commission Meeting Minutes April 13, 2023

Exhibit 20: Agenda for Comstock Township Planning Commission Meeting April 27, 2023

Exhibit 21: Comstock Township Planning Commission Meeting Minutes April 27, 2023

Exhibit 22: Mike Alwine Email to Soil Friends Dated May 23, 2023

Exhibit 23: 2023 Farm Market GAAMPS by MDARD