# EXHIBIT 22

Kaba-mi.org

**From:** Mike Alwine
**Sent:** Tuesday, May 23, 2023 3:19 PM
**To:** 'Ben Martin' <sales@soilfriends.com>
**Subject:** RE: Soil Friends Special Exemption Approval

Ben,
Greetings,  you will need to submit a new application and plans specific for this use. The previous application was for "wedding venue/farm market", not wine tasting room.

The information that will be need for the pole barn will be a structural evaluation submitted by a registered design professional verifying the footing/foundation and all structural components and design of the structural assembly itself along with the additional components required for assembly groups such as energy  compliance, mechanical and ventilation compliance, plumbing etc..    Your designer will know what needs to be included in the plans. We typically receive calls from  designers in  the  plan design phase of construction  if they have any questions on required info or code compliance.  Let your designer know that he can contact me anytime if he has any question or comments.

Regards,

Mike Alwine

Building Official



O. 269-216-9861

C. 269-506-5967

Kaba-mi.org

**From:** Ben Martin <sales@soilfriends.com>
**Sent:** Monday, May 22, 2023 3:00 PM
**To:** Mike Alwine <malwine@kaba-mi.org>
**Subject:** Soil Friends Special Exemption Approval

Hi Mike,

Last fall we applied for building permits for our barn with mixed use occupancy for beverage manufacturing in the back and assembly in the front. We have received special exemption approval from the township and would like to move forward with purchasing the building permits to allow guest into our wine tasting room.

Could you provide us with the information you need from us for our pole barn at 1701 N 33rd Galesburg, MI 49053.