# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SOIL FRIENDS, LLC, a Michigan
Limited liability company, BENJAMIN                      Case No. 1:23-cv-1267
MARTIN, an individual, and SARAH
MARTIN, an individual,

       Plaintiffs,

v.

COMSTOCK CHARTER TOWNSHIP,
A Michigan municipal corporation, KALAMAZOO
AREA BUILDING AUTHORITY, a Michigan
Municipal corporation or agent of Comstock
Township, JODI STEFFORIA, RANDY
THOMPSON, SCOTT HESS, MATTHEW
MILLER, JENNIFER JONES-NEWTON, RON
SPORTEL, ALLAN FAUST, JEFF AMPEY,
LARRY NICHOLS, PATRICK HANNA, CLYDE
SHERWOOD, III, ROXANNE SEEBER,
CATHERINE KAUFMAN, and MIKE ALWINE, individuals,

       Defendants.

---

| | |
|---|---|
| Steven J. Kustra (P79002) | James T. McGovern (P79410) |
| Jeffrey M. Bloom (P72343) | J. Grant Semonin (P86855) |
| Kustra & Bloom, PLC | STRAUB, SEAMAN & ALLEN, P.C. |
| Attorneys for Plaintiffs | Attorneys for Township Defendants |
| 21002 Mack Avenue | and KABA Defendants |
| Grosse Pointe Woods, MI  48236 | 1014 Main Street, P.O. Box 318 |
| Tel:  (313) 586-4444 | St. Joseph, MI  49085 |
| skustra@kustrabloom.com | Tel:  (269) 982-1600 |
| jbloom@kustrabloom.com | jmcgovern@lawssa.com |
| | jsemonin@lawssa.com |

---

# ORDER ACCEPTING SERVICE ON BEHALF OF AND EXTENDING TIME FOR TOWNSHIP DEFENDANTS AND KABA DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

This matter having come before the Court upon Plaintiffs', Township Defendants', and KABA Defendants' Stipulation Accepting Service on Behalf of and Extending Time for Township Defendants and KABA Defendants to Respond to Plaintiffs' Complaint, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that all Township Defendants and KABA Defendants have been served in accordance with Fed. R. Civ. P. 4.

IT IS FURTHER ORDERED that the Township Defendants and the KABA Defendants shall answer or otherwise respond to Plaintiffs' Complaint by February 2, 2024.

Dated: December 21, 2023                    /s/ Jane M. Beckering
                                            JANE M. BECKERING
                                            United States District Judge