UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOIL FRIENDS LLC, et al.,

    Plaintiffs,

v.

COMSTOCK CHARTER
TOWNSHIP, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1267

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on a Stipulation extending time and to exceed the word limit (ECF No. 21). The Court, having reviewed the filing, grants in part and denies without prejudice in part the stipulation. Specifically, the request for an extension of time is granted. As to the request to exceed the word limit, the filing fails to comply with W.D. Mich. LCivR 5.7(f), which requires the proposed document to be attached to the motion seeking leave to file. For this reason, the request to exceed the word limit is denied without prejudice to refiling in compliance with the local rule. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation extending time and to exceed the word limit (ECF No. 21) is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART. Defendants Comstock Charter Township, Kalamazoo Area Building Authority, Jodi Stefforia, Randy Thompson, Scott Hess, Matthew Miller, Jennifer Jones-Newton, Ron Sportel, Allan Faust, Jeff Ampey, Larry Nichols, Patrick Hanna, Clyde Sherwood III, and Mike Alwine shall, not later than <u>March 1, 2024</u>, file an answer or otherwise respond to the First Amended Complaint.

Dated: February 23, 2024

     /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge