UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOIL FRIENDS, LLC, a Michigan
Limited liability company, BENJAMIN
MARTIN, an individual, and SARAH
MARTIN, an individual,

        Plaintiffs,

v.

COMSTOCK CHARTER TOWNSHIP,
A Michigan municipal corporation, KALAMAZOO
AREA BUILDING AUTHORITY, a Michigan
Municipal corporation or agent of Comstock
Township, JODI STEFFORIA, RANDY
THOMPSON, SCOTT HESS, MATTHEW
MILLER, JENNIFER JONES-NEWTON, RON
SPORTEL, ALLAN FAUST, JEFF AMPEY,
LARRY NICHOLS, PATRICK HANNA, CLYDE
SHERWOOD, III, ROXANNE SEEBER,
CATHERINE KAUFMAN, and MIKE ALWINE individuals,

        Defendants.

Case No. 1:23-cv-1267

---

Steven J. Kustra (P79002)
Jeffrey M. Bloom (P72343)
Kustra & Bloom, PLC
Attorneys for Plaintiffs
21002 Mack Avenue
Grosse Pointe Woods, MI  48236
Tel: (313) 586-4444
skustra@kustrabloom.com
jbloom@kustrabloom.com

James T. McGovern (P79410)
J. Grant Semonin (P86855)
STRAUB, SEAMAN & ALLEN, P.C.
Attorneys for Township Defendants
and KABA Defendants
1014 Main Street, P.O. Box 318
St. Joseph, MI  49085
Tel: (269) 982-1600
jmcgovern@lawssa.com
jsemonin@lawssa.com

Kathleen H. Klaus (P67207)
Maddin Hauser Roth & Heller PC
Attorney for Defendants Catherine Kaufman
and Roxanne Seeber
28400 Northwestern Hwy Ste 300
Southfield, MI  48034-8348
Tel: (248) 359-7520
kklaus@maddinhauser.com
pmaclennan@maddinhauser.com

**TOWNSHIP DEFENDANTS AND KABA DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**

Township Defendants, COMSTOCK CHARTER TOWNSHIP, JODI STEFFORIA, RANDY THOMPSON, SCOTT HESS, MATTHEW MILLER, JENNIFER JONES-NEWTON, RON SPORTEL, ALLAN FAUST, JEFF AMPEY, LARRY NICHOLS, PATRICK HANNA, and CLYDE SHERWOOD, III (collectively, "Township Defendants"), as well as KABA Defendants, KALAMAZOO AREA BUILDING AUTHORITY and MIKE ALWINE (collectively, "KABA Defendants"), hereby respectfully move this Honorable Court, under Fed. R. Civ. P. 12(b)(6), to dismiss several claims in Plaintiffs' First Amended Complaint because Plaintiffs failed to state a claim upon which relief can be granted as further detailed in the accompanying Brief in Support which is incorporated herein by reference.

Pursuant to W.D. Mich. LCivR 7.1(d), counsel for the Township Defendants and KABA Defendants contacted Plaintiffs' counsel to seek concurrence with the instant motion and relief sought.  On January 12, 2024, counsel for Township Defendants and KABA Defendants sent a letter to Plaintiffs seeking concurrence in dismissal of certain claims within the initial Complaint and this resulted in Plaintiff's agreement to file the subject Amended Complaint. (**Exhibits A** and **Exhibit B**).  After determining that the deficiencies in the initial Complaint were within the Amended Complaint, the defendants determined that dismissal of certain claims within the Amended Complaint was appropriate; counsel for the Township Defendants and KABA Defendants sent another letter to Plaintiffs on February 20, 2024, seeking concurrence in dismissal of several claims. (**Exhibit C**).  Plaintiff's counsel did not concur.

WHEREFORE, Township Defendants and KABA Defendants respectfully request that this Honorable Court dismiss certain counts from Plaintiffs' First Amended Complaint, with prejudice, and such other relief as the Court deems proper.

Dated:  March 1, 2024

Respectfully submitted,

STRAUB, SEAMAN & ALLEN, P.C.

*/s/ James T. McGover*
James T. McGovern (P79410)
J. Grant Semonin (P86855)
Attorneys for Township Defendants
and KABA Defendants
1014 Main Street, P.O. Box 318
St. Joseph, MI  49085
Tel:  (269) 982-1600
jmcgovern@lawssa.com
jsemonin@lawssa.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2023, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  **None**

*/s/ Denise A. Van Hoven*
Denise A. Van Hoven
Legal Assistant to James T. McGovern

3