UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOIL FRIENDS, LLC, a Michigan
Limited liability company, BENJAMIN
MARTIN, an individual, and SARAH
MARTIN, an individual,

       Plaintiffs,

v.

COMSTOCK CHARTER TOWNSHIP,
A Michigan municipal corporation, KALAMAZOO
AREA BUILDING AUTHORITY, a Michigan
Municipal corporation or agent of Comstock
Township, JODI STEFFORIA, RANDY
THOMPSON, SCOTT HESS, MATTHEW
MILLER, JENNIFER JONES-NEWTON, RON
SPORTEL, ALLAN FAUST, JEFF AMPEY,
LARRY NICHOLS, PATRICK HANNA, CLYDE
SHERWOOD, III, ROXANNE SEEBER,
CATHERINE KAUFMAN, and MIKE ALWINE, individuals,

       Defendants.

Case No. 1:23-cv-1267

---

| | |
|---|---|
| Steven J. Kustra (P79002)<br>Jeffrey M. Bloom (P72343)<br>Kustra & Bloom, PLC<br>Attorneys for Plaintiffs<br>21002 Mack Avenue<br>Grosse Pointe Woods, MI  48236<br>Tel:  (313) 586-4444<br>skustra@kustrabloom.com<br>jbloom@kustrabloom.com | James T. McGovern (P79410)<br>J. Grant Semonin (P86855)<br>STRAUB, SEAMAN & ALLEN, P.C.<br>Attorneys for Township Defendants<br>and KABA Defendants<br>1014 Main Street, P.O. Box 318<br>St. Joseph, MI  49085<br>Tel:  (269) 982-1600<br>jmcgovern@lawssa.com<br>jsemonin@lawssa.com<br><br>Kathleen H. Klaus (P67207)<br>Maddin Hauser Roth & Heller PC<br>Attorney for Defendants Kaufman & Seeber<br>28400 Northwestern Hwy, Ste 300<br>Southfield, MI 48034-8348<br>Tel: (248) 359-7520<br>kklaus@maddinhauser.com |

## ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

The Court, having reviewed the parties' Stipulation Extending Time for Plaintiffs' Response to Defendants' Motions to Dismiss (ECF No. 28), grants the Stipulation. Accordingly:

**IT IS HEREBY ORDERED** that Plaintiffs shall, no later than <u>April 26, 2024</u>, file their responses to Defendants' motions to dismiss (ECF Nos. 23 & 24, corrected by ECF No. 25).

Dated: March 20, 2024                /s/ Jane M. Beckering
                                     JANE M. BECKERING
                                     United States District Judge