# NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT

United States District Court for the Western District of Michigan

Southern Division

Docket Number 1:23-cv-1267

| | |
|---|---|
| SOIL FRIENDS LLC, a Michigan limited liability company, BENJAMIN MARTIN, an individual, and SARAH MARTIN, an individual,<br><br>                Plaintiffs,<br><br>v.<br><br>COMSTOCK CHARTER TOWNSHIP, a Michigan municipal corporation, KALAMAZOO AREA BUILDING AUTHORITY, a Michigan municipal corporation or agent of Comstock Charter Township, JODI STEFFORIA, RANDY THOMPSON, SCOTT HESS, MATTHEW MILLER, JENNIFER JONES-NEWTON, RON SPORTEL, ALLAN FAUST, JEFF AMPEY, LARRY NICHOLS, PATRICK HANNA, CLYDE SHERWOOD, III, ROXANNE SEEBER, CATHERINE KAUFMAN, and MIKE ALWINE, individuals,<br><br>                Defendants. | Notice of Appeal |

Plaintiffs SOIL FRIENDS LLC, BENJAMIN MARTIN, and SARAH MARTIN appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on September 17, 2024.

                                                       Respectfully submitted,

                                                       KUSTRA & BLOOM PLC

                                                       /s/Steven J. Kustra

Date: October 17, 2024                            BY: Steven J. Kustra (P79002)
                                                         Attorneys for Plaintiffs-Appellants
                                                         21002 Mack Avenue
                                                         Grosse Pointe Woods, MI 48236
                                                         (313) 586 – 4444
                                                         skustra@kustrabloom.com