Case No. 24-1925

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

SOIL FRIENDS, LLC, a Michigan limited liability company; BENJAMIN MARTIN, an individual; SARAH MARTIN, an individual

  Plaintiffs - Appellants

v.

CHARTER TOWNSHIP OF COMSTOCK, MI, a Michigan municipal corporation; KALAMAZOO, MI AREA BUILDING AUTHORITY, a Michigan municipal corporation or agent of Comstock Charter Township; JODI STEFFORIA, individual; RANDY THOMPSON, individual; SCOTT HESS, individual; MATTHEW MILLER, individual; JENNIFER JONES-NEWTON, individual; RON SPORTEL, individual; ALLAN FAUST, individual; JEFF AMPEY, individual; LARRY NICHOLS, individual; PATRICK HANNA, individual; CLYDE SHERWOOD, III, individual; ROXANNE SEEBER, individual; CATHERINE KAUFMAN, individual; MIKE ALWINE, individual

  Defendants - Appellees

 Upon consideration of the stipulations to dismiss parties Roxanne Seeber, Catherine Kaufman, Jennifer Jones-Newton and Larry Nichols as parties to this appeal, it is **ORDERED** that the stipulations are **GRANTED** and these parties are **DISMISSED**.

           **ENTERED PURSUANT TO RULE 45(a),
           RULES OF THE SIXTH CIRCUIT**
           Kelly L. Stephens, Clerk

Issued: April 15, 2025